# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

155334 (45)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DERRICK LEE SMITH,
     Defendant-Appellant.

SC: 155334
COA: 335215
Wayne CC: 08-008639-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's December 27, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018

Clerk

t0326